No. 38.—RABELL CABRERO, promovente, v. CORTE DE DISTRITO DE AGUADILLA, demandada. Auto inhibitorio. Febrero 2, 1927. No habiendo los peticionarios demostrado un derecho claro al remedio solicitado, se denegó el auto.

No. 3881.—LABORDE, apdo., v. MUNICIPIO DE ISABELA, aplte.—C. D. Aguadilla. Cobro de dinero. Febrero 2, 1927. Vistas la moción sobre desestimación fundada en haberse radicado la transcripción de los autos y el alegato del apelante fuera de tiempo y en el hecho de no haberse notificado dicho alegato al apelado, y la oposición por parte de la apelante, habiendo este último explicado y justificado la falta de notificación del alegato al apelado y apareciendo que tanto el alegato como la transcripción del récord habían sido radicados antes de la fecha de notificación de la moción sobre desestimación y que el abogado del apelado ha sido notificado con copia del alegato antes de la fecha de la vista de tal moción, no ha lugar a la desestimación de la apelación en el presente caso.

No. 654.—MOLINELLI, recurrente, v. EL REGISTRADOR DE LA PROPIEDAD DE SAN GERMÁN, recurrido. — Febrero 3, 1927. Sometido este recurso gubernativo a nuestra decisión y apareciendo que el Registrador de la Propiedad de San Germán se negó a inscribir una escritura de hipoteca constituida para garantizar parte del precio de venta que quedó aplazado porque aunque dicha hipoteca consta mencionada en la inscripción primera de la finca hecha a favor del comprador se solicita la inscripción de la hipoteca después que su dominio ha pasado a otra persona, según su inscripción segunda: Vistos los artículos 17, 20 y 29 de la Ley Hipotecaria y nuestras decisiones en los casos de *Bello* v. *El Registrador,* y de *Monserrate* v. *El Registrador,* 31 D.P.R. 118 y 796, respectivamente, aplicables a este caso, sin que tengan relación con el presente las citas de varias decisiones nuestras que hace el registrador recurrido, se revoca la nota objeto de este recurso y se ordena la inscripción de la hipoteca.